

FILED
U.S. DISTRICT COURT
STRICT OF MARYLAND

06 MAR 23  A 10: 53

CLERK'S OFFICE
AT BALTIMORE

————DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MEDIMMUNE ONCOLOGY, INC.,

    Plaintiff,

Civil Action No. 1:04-cv-02612-MJG

SUN PHARMACEUTICAL INDUSTRIES
LIMITED,

    Defendant.

## STIPULATION OF DISMISSAL OF COUNT III OF THE COMPLAINT

Whereas, Plaintiff MedImmune Oncology, Inc. ("MedImmune") has

alleged in Count III of the Complaint infringement of U.S. Patent No. 5,994,409; and

Whereas, Defendant Sun Pharmaceutical Industries Limited ("Sun") has

produced a copy of the proposed labeling for Sun's generic product and represented that

it intends to seek approval to use such labeling as shown in the document produced in this

action bearing production number SUNMED_0000089-0000090; and

Whereas, MedImmune, in reliance on such labeling, desires to dismiss

Count III of the Complaint;

Therefore, in accordance with Rule 41(a)(1) of the Federal Rules of Civil

Procedure, MedImmune and Sun hereby stipulate and agree that Count III of the

Complaint is dismissed with prejudice.

**SO ORDERED, on Wednesday, March 22, 2006.**

/s/

**Marvin J. Garbis
United States District Judge**

Glenn J. Pfadenhauer (Bar No. 6258)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

*Attorneys for Plaintiff*
*MedImmune Oncology, Inc.*

March 22, 2006

James F. Hurst (*pro hac vice*)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

*Attorneys for Defendant*
*Sun Pharmaceutical Industries, Ltd.*

2